IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

Eastern District of Kentucky
FILED
OCT 29 2024
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DANIEL FOSTER,<br><br>Plaintiff-Relator,<br><br>v.<br><br>BOGE RUBBER & PLASTICS USA, LLC,<br><br>Defendant. | CIVIL ACTION FILE<br>No. 2:24-cv-179-DLB-CJS<br><br>**FILED UNDER SEAL**<br>**31 U.S.C. § 3730(b)(2)**<br>**DO NOT SERVE DEFENDANT** |

## MOTION FOR LEAVE TO FILE ALL PLEADINGS UNDER SEAL

Pursuant to Local Rule 5.6 and 31 U.S.C. § 3730(b)(2), Relator Daniel Foster respectfully moves this Court for leave to file his *False Claims Act Qui Tam Complaint* and all other pleadings in this matter under seal, showing as follows.

On this date, Relator instituted this action and filed his *qui tam* Complaint pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730, *et seq.* (the "FCA"). The FCA mandates that all *qui tam* complaints be filed and remain under seal for a period of not less than sixty days. 31 U.S.C. § 3730(b)(2). Relator respectfully asks that his Complaint, and all other pleadings and motions filed simultaneously with or subsequent to that Complaint, including this Motion, and

all orders issued relating to this case, be placed under seal as part of the record until otherwise ordered by the Court and authorized by law.

Respectfully submitted this 29th day of October, 2024.

        **BEY & ASSOCIATES, LLC**
        */s/ Anita M. Washington*
        Anita M. Washington
        Kentucky Bar No. 098266
        312 Elm St., Ste. 1485
        Cincinnati, OH 45202
        513-547-4010 (Phone)
        404-393-6107 (Fax)
        anita@beyandassociates.com

        **KREVOLIN & HORST, LLC**
        Zahra S. Karinshak
        *Pro Hac Vice Forthcoming*
        Jennifer K. Coalson
        *Pro Hac Vice Forthcoming*
        One Atlantic Center
        1201 W. Peachtree St., Suite 3500
        Atlanta, GA 30309
        (404) 888-9700 (Phone)
        (404) 888-9577 (Fax)
        karinshak@khlawfirm.com
        coalson@khlawfirm.com